UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
May 25, 2022
Nathan Ochsner, Clerk

| | |
|---|---|
| April Irving, <br><br> Plaintiff, <br><br> versus <br><br> Chicago Bridge & Iron Company, *et al.*, <br><br> Defendants. | § § § § § § § § § § |

Civil Action H-21-3037

## Conditional Dismissal

1. Having been notified that the parties have settled, the case is dismissed with prejudice. (14)

2. By June 17, 2022, the parties may move for reinstatement.

3. The court retains the jurisdiction to enforce the settlement.

Signed on May 25, 2022, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge