UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| April Irving, | § § § | United States District Court<br>Southern District of Texas<br>**ENTERED**<br>June 21, 2022<br>Nathan Ochsner, Clerk |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-21-3037 |
| Chicago Bridge & Iron Company, et al., | § § | |
| Defendants. | § | |

## Final Dismissal

1. Neither party having moved for reinstatement, the case is dismissed with prejudice.

2. The court retains the jurisdiction to enforce the settlement.

Signed on June 21, 2022, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge